**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mateo MORALES, Defendant–Appellant.**

No. 08–3137.

United States Court of Appeals, Seventh Circuit.

Submitted Feb. 18, 2009.*

Decided Feb. 20, 2009.

Elizabeth Altman, Office of the United States Attorney, Madison, WI, for Plaintiff–Appellee.

Reed Cornia, Cornia Law, LLC, Madison, WI, for Defendant–Appellant.

Before WILLIAM J. BAUER, Circuit Judge, KENNETH F. RIPPLE, Circuit Judge and MICHAEL S. KANNE, Circuit Judge.

**ORDER**

Mateo Morales, a federal inmate, was found with a small amount of marijuana and disciplined by prison officials. Soon thereafter he pleaded guilty to possessing the marijuana, *see* 18 U.S.C. § 1791(a)(2), and a district court sentenced him to six months' imprisonment. Morales now appeals, arguing that the prison disciplinary

---

* After examining the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* Fed. R.App. P. 34(a)(2).

process should have barred the subsequent criminal proceeding.

This claim is without merit. We, together with every other circuit, have held that prison disciplinary proceedings do not implicate double jeopardy concerns. *See, e.g., United States v. Simpson,* 546 F.3d 394, 397–98 (6th Cir.2008); *Fogle v. Pierson,* 435 F.3d 1252, 1261–62 (10th Cir. 2006); *Meeks v. McBride,* 81 F.3d 717, 722 (7th Cir.1996); *Garrity v. Fiedler,* 41 F.3d 1150, 1152–53 (7th Cir.1994). Thus, there is no reason why Morales could not be disciplined by the prison and prosecuted by the government for the very same conduct.

AFFIRMED.